IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESSIE MILLS-SORRELLS : | CIVIL ACTION |
| *o/b/o Maziah Mills-Sorrells* : | |
| : | No. 13-6593 |
| v. : | |
| : | |
| CAROLYN W. COLVIN, : | |
| *Acting Commissioner of the Social* : | |
| *Security Administration* : | |

**ORDER**

AND NOW, this 21st day of December, 2015, upon consideration of Plaintiff Essie Mills-Sorrells's Brief and Statement of Issues in Support of Request for Review, the Commissioner of Social Security's response thereto, and Plaintiff's reply; after careful and independent review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, Plaintiff's objections thereto, and the Commissioner's response; following an oral argument; and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

1. The above-captioned case is REMOVED from SUSPENSE;

2. Plaintiff's objections to the Report and Recommendation (Document 20) are SUSTAINED in part;

3. The Report and Recommendation (Document 19) is not adopted; and

4. Plaintiff's Request for Review (Document 11) is GRANTED. This case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for an award of benefits in an amount to be calculated by the Commissioner for the period of disability covered by Plaintiff's August 11, 2011, application.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.